

## NUMBER 13-13-00481-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

SYLVIA ROGER, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF JEAN LOUIS
ROGER, SR., ET AL.,                                         APPELLANT,

v.

BENJAMIN KARL MUMME, JR.
AND CAMERON INTERNATIONAL
CORPORATION,                                                APPELLEES.

On appeal from the 319th District Court
of Nueces County, Texas.

## ORDER TO FILE REPORTER'S RECORD

**Before Justices Rodriguez, Garza, and Perkes**
**Order Per Curiam**

This cause is before the Court on the reporter's third motion for extension of time to file her portion of the reporter's record. The reporter's record in this matter was originally due on October 4, 2013. This Court has previously granted the reporter two extensions of time. The reporter has now filed a third motion requesting additional time

until May 15, 2014. No explanation is given for the need for an additional ninety days to complete the record.

Texas Rule of Appellate Procedure 35.3(c) provides that the appellate court may extend the deadline to file the record if requested by the reporter. Each extension must not exceed 30 days in an ordinary or restricted appeal, or 10 days in an accelerated appeal. *See* TEX. R. APP. P. 35.3.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have heretofore filed the record in this matter.

Reporter, Esther Natividad, is hereby ORDERED to file the reporter's record in this Court no later than 5:00 p.m. on March 14, 2014. NO FURTHER MOTIONS FOR EXTENSION OF TIME WILL BE ENTERTAINED BY THIS COURT. If the reporter fails to file the record within the foregoing specified period of time, the Court will act appropriately to avoid further delay and to preserve the parties' rights. TEX. R. APP. P. 37.3 (a)(1).

The Clerk of this Court is ORDERED to serve a copy of this order on Esther Natividad by certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
28th day of February, 2014.

2